[Doc. No. 22]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ROGER E. ROSS,<br><br>    Plaintiff,<br><br>  v.<br><br>JASON MARIO MONGE, D.M.D. and JOHN DOE NURSES,<br><br>    Defendants. | Civil No. 07-2693-RMB-AMD |

**ORDER**

This matter having come before the Court by way of motion of Plaintiff Roger E. Ross seeking an extension of time to file an Affidavit of Merit against Defendant Jason Mario Monge, D.M.D.; and the Court having received a letter [Doc. No. 23] from William M. Tambussi, Esquire, counsel for Plaintiff, advising that an extension of time is no longer required, and further requesting that Plaintiff's motion be withdrawn; and for good cause shown:

IT IS on this 18th day of April 2008:

**ORDERED** that Plaintiff's motion for an extension of time to file an Affidavit of Merit shall be, and is hereby, **DISMISSED WITHOUT PREJUDICE**.

                                s/ Ann Marie Donio
                                ANN MARIE DONIO
                                UNITED STATES MAGISTRATE JUDGE

cc: Hon. Renée Marie Bumb